# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00424-CV

**In re Jerry Lively**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Filed: September 15, 2021